IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JMG REALTY, doing business as City Plaza Apartments,

    Plaintiff,

v.

DAINTEZ JACKSON, and All Others,

    Defendants.

CIVIL ACTION NO.
1:18-cv-2676-AT-LTW

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") [Doc. 2] that this dispossessory action be remanded to the Magistrate Court of Fulton County pursuant to 28 U.S.C. § 1447(c).

Under 28 U.S.C. § 636(b)(1), the Court reviews the Magistrate Judge's R&R for clear error if no objections are filed to the report. 28 U.S.C. § 636(b)(1). If a party files objections, however, the district court must determine de novo any part of the Magistrate Judge's disposition that is the subject of a proper objection. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b). As Defendant Jackson has filed timely objections, the Court reviews the R&R on a de novo basis.

Accordingly, the Court hereby **OVERRULES** Defendant's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and

Recommendation, the Court lacks federal subject matter jurisdiction over this matter and the Court **REMANDS** this case to the Magistrate Court of Fulton County.[1]  There being no further issues before the Court, the Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 10th day of July, 2018.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] As this case involves a *pro se* Defendant, the Court provides further guidance. An order remanding the case means that the case will continue to be heard, but in the court where it was originally filed – here, the Magistrate Court of Fulton County. The case is simply being returned to the Magistrate Court for further proceedings. Any future motions should be filed with that court.